UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20433-CR-KING     Date: August 2, 2022    Judge James Lawrence King
Defendant: **Luis Perdomos Rodrigu**ez  Defense counsel: Stewart G. Abrams, AFPD.
AUSA:   Arielle Klepac for Nadia Haye     U.S. Probation: Stephanie Galvez

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  | 37 |  |  |
| II |  | 120 |  |  |

( ) Defendant given credit for time served
( ) CONCURRENT (**X**) CONSECUTIVE
(**X**) Assessment $ 200.00
( ) Fine: ( ) none imposed   $0
(**X**) The court orders restitution in the amount of $1,377.94
(**X**) Count remaining dismissed   III
(**X**) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|  |  | YEARS |
|---|---|---|
| Count | I | 2 |
|  | II | 2 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
(**X**) CONCURRENT ( ) CONSECUTIVE ( ) Self Employment Restriction
(**X**) Substance Abuse Treatment (**X**) Financial Disclosure (**X**) Permissible Search ( ) Mental Health Treatment ( ) IRS Cooperation ( ) Healthcare Business Related Restrictions (**X**) Unpaid Restitution, fines and special assessment if any; ( ) 50 hours Community Service (**X**) No New Debt Restriction ( ) Relinquishment of License

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends: Designation at FCI Miami, or FCI Coleman, Florida
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.     *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court hereby Adopts the R&R by Magistrate Becerra and Adjudicate the defendant Guilty as to Counts I and II of the Indictment
- Defendant's Objection to the Pre-Sentence Investigation Report re: Motion for Variance from Advisory Guideline range
- The Court finds that the Objection be and the same is hereby -**OVERRULED - DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Dawn Savino